UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NAQUEL MATEO HENDERSON,

Defendant.

Criminal Action No. 24-309 (TJK)

## VERDICT FORM

Please indicate your verdicts with a checkmark. Your verdict on each count must be unanimous.

**Count One:** Possession of a Firearm and Ammunition by a Prohibited Person

Not Guilty _____     Guilty __✓__

**Count Two:** Armed Robbery

Not Guilty _____     Guilty _____

You should consider first whether the defendant is guilty of Armed Robbery. If you find the defendant guilty of Armed Robbery, you must not go on to Robbery. However, if, after making all reasonable efforts to reach a verdict, you are not able to do so, you are allowed to consider Robbery.

**Robbery**

Not Guilty _____     Guilty __✓__

**Count Three:** Unlawful Possession with Intent to Distribute Oxycodone

Not Guilty __✓__     Guilty _____

You should consider first whether the defendant is guilty of Unlawful Possession with

Intent to Distribute Oxycodone. If you find the defendant guilty of Unlawful Possession with Intent to Distribute Oxycodone, you must not go on to consider Unlawful Possession of Oxycodone. However, if, after making all reasonable efforts to reach a verdict, you are not able to do so, you are allowed to consider Unlawful Possession of Oxycodone.

**Unlawful Possession of Oxycodone**

Not Guilty \_\_\_\_\_     Guilty ✓

**Count Four:** Using, Carrying, or Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense

Not Guilty ✓     Guilty \_\_\_\_\_

Date: April 7, 2025

Signature of Foreperson